AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

APR 1 3 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| VELASQUEZ, Samuel | ) Case No. DR:18-3358m-01 |
| DOB: 10-02-1949 | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  **November 21, 2017**  in the county of  **Zavala**  in the
**Western** District of **Texas** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) (1) | UNLAWFULLY, KNOWINGLY, AND WILLFULLY POSSESSED WITH INTENT TO DISTRUBUTE APPROXIMATLEY 50 CAPSULES OF HYDROCODONE, A SCHEDULE II CONTROLLED SUBSTANCE, A VIOLATION OF TITLE 21 USC SECTION 841 (a) (1). |

This criminal complaint is based on these facts:
See Attachement A

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Mello, DEA-Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  04/13/2018

_____
Judge's signature

City and state:  Del Rio, TX

U.S. Magistrate
Printed name and title

**Victor Roberto Garcia
U.S. Magistrate Judge**

United States of America
vs.
VELASQUEZ, Samuel
DOB: 10-02-1949

## Attachment A

On or about November 21, 2017, a DEA Confidential Source, (herein referenced to as CS) placed a phone call to phone number 830-513-3328, and spoke with Samuel VELASQUEZ in reference to purchasing Fifty (50) Hydrocodone tablets from VELASQUEZ. VELASQUEZ instructed the CS to meet him "VELASQUEZ" at his residence "212 South 7th Avenue, Crystal City, TX" to purchase the referenced narcotics.

At approximately 3:07 p.m., SA Mello and TFO Palacio briefed the CS then dropped him/her off in the vicinity of 212 South 7th Avenue, Crystal City, Texas. A short time later, the CS arrived to VELASQUEZ's residence. Moments later, SA Mello and TFO Palacio observed VELASQUEZ pull into the driveway of the referenced residence, driving a white in color Cadillac Escalade bearing Texas Tags JHY6291.

The CS and VELASQUEZ engaged in a brief general conversation and then the CS entered the rear driver's side of the truck and handed VELASQUEZ $250. A short time later, VELASQUEZ exited the vehicle and entered his residence. VELASQUEZ then exited his residence and returned to the Cadillac Escalade at which time VELASQUEZ handed the CS a folded paper towel containing approximately Fifty (50) yellow in color oval pills. A short time later, the CS exited the Cadillac Escalade and was picked up by SA Mello and TFO Palacio in the vicinity of 212 South 7th Avenue, Crystal City, TX.

The CS immediately relinquished custody of the Fifty (50) yellow in color, oval pills, bearing imprinted markings of "V" and "36 01"to SA Mello. Based on training and experience, SA Mello identified the referenced pills to be Hydrocodone pills, which are schedule II controlled substance.

_____ April 13, 2018

Kevin Mello
Special Agent - Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

_____ April 13, 2018

Victor R. Garcia
United States Magistrate Judge
Western District of Texas